The People of the State of New York ex rel. Matheson
Lead Company, Appellant, *v.* Otto Kelsey, as Comptroller
of the State of New York, Respondent.

*People ex rel. Matheson Lead Co.* v. *Kelsey,* 132 App. Div. 939, affirmed.
(Argued November 17, 1910; decided December 6, 1910.)

Appeal from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered May
20, 1909, which dismissed a writ of certiorari and confirmed
the proceedings of the defendant in assessing franchise taxes
against the relator for the years 1896, 1897 and 1898.

*George H. Mallory* and *Henry G. Fritsche* for appellant.

*Edward R. O'Malley,* Attorney-General (*Edward H.
Letchworth* of counsel), for respondent.

Order affirmed, with costs ; no opinion.
Concur: Cullen, Ch. J., Gray, Haight, Vann, Werner,
Willard Bartlett and Chase, JJ.